# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 545
:
ORDER ADOPTING RULE 102.1 : CRIMINAL PROCEDURAL RULES
OF THE PENNSYLVANIA RULES OF : DOCKET
CRIMINAL PROCEDURE :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of February, 2023, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 102.1 of the Pennsylvania Rules of Criminal Procedure is adopted in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2023.